UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA R. SEALS,

                  Plaintiff,

-against-

DONALD TRUMP,

                  Defendant.

21-CV-8135 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 1, 2014, Judge Loretta A. Preska barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP"), without first obtaining from the Court leave to file. *See Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new action *pro se* without paying the filing fees or seeking leave to file the action. The action is dismissed without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7.[1]

## CONCLUSION

The Court dismisses this action without prejudice. Plaintiff has consented to electronic service. (ECF 3.) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from

---

[1] Even if Plaintiff had sought leave to file this action, the application is not a departure from Plaintiff's pattern of frivolous litigation.

2

this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 4, 2021
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge