UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA R. SEALS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>DONALD TRUMP,<br><br>                    Defendant. | 21-CV-8135 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 4, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 1, 2014 order in *Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  October 4, 2021
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge